# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>      Plaintiff,<br>v.<br><br>INFINERA CORPORATION,<br>CORIANT (USA) INC., CORIANT<br>NORTH AMERICA, LLC, and<br>CORIANT OPERATIONS, INC.,<br><br>      Defendant. | Case No.    2:19-cv-257 |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, Plaintiff Oyster Optics, LLC ("Oyster" or "Plaintiff") state that Plaintiff have no parent corporations, and no publicly held corporations own more than ten percent of Plaintiff's stock.

Dated: July 29, 2019

Respectfully submitted,

/s/ *Reza Mirzaie*
Marc A. Fenster (CA SBN 181067)
Reza Mirzaie (CA SBN 246953)
Paul Kroeger (CA SBN 229074)
Neil Rubin (CA SBN 250761)
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
rmirzaie@raklaw.com
pkroeger@raklaw.com
nrubin@raklaw.com

*Attorneys for Plaintiff Oyster Optics, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on July 29, 2019 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Reza Mirzaie*
Reza Mirzaie