# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| OYSTER OPTICS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00257-JRG |
| | § | |
| INFINERA CORPORATION, CORIANT | § | |
| (USA) INC., CORIANT NORTH | § | |
| AMERICA, LLC, AND CORIANT | § | |
| OPERATIONS, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Defendants Infinera Corporation, Coriant (USA) Inc., Coriant North America, LLC, and Coriant Operations, Inc.'s (collectively, "Defendants") Unopposed Motion for Extension of Time to File Answer to Plaintiff's Amended Complaint (the "Motion"). (Dkt. No. 34.) In the Motion, the Defendants request a twenty-one-day (21) extension, making the new answer deadline December 3, 2019. (*Id.* at 1.) Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the deadline for Defendants to file their answer to Plaintiff Oyster Optics, LLC's Amended Complaint (Dkt. No. 33) is **December 3, 2019**.

**So Ordered this**
**Nov 7, 2019**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE