IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>INFINERA CORPORATION, CORIANT (USA) INC., et al.,<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§   Case No. 2:19-CV-00257-JRG<br>§<br>§<br>§<br>§<br>§ |

**JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER**

Plaintiff, with Defendants' agreement, respectfully submits the attached proposed Docket Control Order for the Court's signature.


Dated:  December 4, 2019             Respectfully submitted,

                                           By: */s/ Neil A. Rubin*

                                           Marc A. Fenster (CA SBN 181067)
                                           Email: mfenster@raklaw.com
                                           Reza Mirzaie (CA SBN 246953)
                                           Email: rmirzaie@raklaw.com
                                           Paul Kroeger (CA SBN 229074)
                                           Email: pkroeger@raklaw.com
                                           Neil A. Rubin (CA SBN 250761)
                                           Email: nrubin@raklaw.com
                                           RUSS AUGUST & KABAT
                                           12424 Wilshire Boulevard, 12th Floor
                                           Los Angeles, CA 90025
                                           Telephone: 310/826-7474
                                           Facsimile 310/826-6991

                                           By: */s/ Joseph V. Colaianni*
                                           Joseph V. Colaianni
                                           D.C. Bar No. 454744
                                           colaianni@fr.com
                                           FISH & RICHARDSON P.C.
                                           1000 Maine Avenue, SW

Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
COUNSEL FOR DEFENDANTS INFINERA
CORPORATION, CORIANT (USA) INC., CORIANT
NORTH AMERICA, LLC, AND CORIANT
 OPERATIONS, INC.

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 4, 2019.

                                                */s/ Neil A. Rubin*
                                                Neil A. Rubin