## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| OYSTER OPTICS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00257-JRG |
| | § | |
| INFINERA CORPORATION, CORIANT | § | |
| NORTH AMERICA, LLC, CORIANT | § | |
| OPERATIONS, INC., CORIANT (USA) | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Oyster Optics, LLC's ("Oyster") Unopposed Motion to Extend Deadline (the "Motion to Extend"). (Dkt. No. 50.) In the Motion, Oyster requests that the Court extend the time for Oyster to respond to Defendants Infinera Corporation ("Infinera"), Coriant (USA) Inc., Coriant North America, LLC, and Coriant Operations, Inc.'s (collectively, "Coriant") Motion to Dismiss Plaintiff's Fraud and Concealment Claims Under Rule 12(b)(6) (the "Motion to Dismiss") (Dkt. No. 42) up to and including January 3, 2020. (Dkt. No. 50 at 1.) Having considered the Motion to Extend and its unopposed nature, the Court is of the opinion that the Motion to Extend should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that Oyster's deadline to respond to the Motion to Dismiss is extended up to and including **January 3, 2020**.

**So ORDERED and SIGNED this 12th day of December, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE