# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **OYSTER OPTICS, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INFINERA CORPORATION, CORIANT (USA) INC., CORIANT NORTH AMERICA, LLC, AND CORIANT OPERATIONS, INC.,**<br><br>*Defendants*. | **Civil Action No. 2:19-cv-00257-JRG** |

## NOTICE OF COMPLIANCE

Defendants Infinera Corporation, Coriant (USA) Inc., Coriant North America, LLC, and Coriant Operations, Inc. hereby notify the Court that pursuant to the Court's Docket Control Order [Dkt. 48], they have served their Preliminary Claim Construction pursuant to P.R. 4-2 on counsel for Plaintiff *via* electronic mail on March 3, 2020.

Dated: March 4, 2020

Respectfully submitted,

 */s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Ruffin Cordell
Bar No. 04820550
cordell@fr.com
Joseph V. Colaianni
D.C. Bar No. 454744
colaianni@fr.com
Indranil Mukerji
MA Bar No. 644059
mukerji@fr.com
Christopher Dryer
D.C. Bar No. 1022460
dryer@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave., S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

*Attorneys for Defendants*
*Infinera Corporation, Coriant (USA) Inc.,*
*Coriant North America, LLC and*
*Coriant Operations, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 4th day of March, 2020.

                                                                              */s/ Melissa R. Smith*
                                                                              Melissa R. Smith