UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| OYSTER OPTICS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:19-cv-00257-JRG |
| | § | |
| INFINERA CORPORATION, | § | |
| CORIANT (USA) INC., CORIANT | § | |
| NORTH AMERICA, LLC, AND | § | |
| CORIANT OPERATIONS, INC., | § | |
| | § | |
| Defendants. | § | |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to P.R. 4-3 and the Court's Docket Control Order (Dkt. No. 48), Plaintiff Oyster Optics, LLC ("Oyster") and Defendants Infinera Corporation, Coriant (USA) Inc., Coriant North America, LLC, and Coriant Operations, Inc. (collectively "Defendants") submit the following Joint Claim Construction and Prehearing Statement.

**I.   LIST OF PROPOSED CLAIM TERMS TO WHICH THE PARTIES AGREED ON A CONSTRUCTION (P.R. 4-3(A)(1))**

None.

**II.  PROPOSED CLAIM CONSTRUCTIONS BY EACH PARTY FOR THE DISPUTED CLAIM TERMS (P.R. 4-3(A)(2))**

Pursuant to P.R. 4-3(b), the Parties' proposed constructions of disputed terms are provided in the chart below. The Parties' proposed constructions are also set forth in the accompanying Exhibit A, along with the intrinsic and extrinsic evidence on which the parties intend to rely.

| Term / Phrase | Oyster's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "phase modulat[e]" (claims 1, 8, 16, 17, 19) | "alter the phase of light to create an optical signal having a phase that is representative of data" | "alter the phase of light to create an optical signal having a phase that is representative of data. Use of phase modulation excludes use of amplitude modulation." |

### III.  ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(3))

The parties estimate that about one hour will be needed for the claim construction hearing.

The parties agree that each side will be allocated half of the total time permitted for the hearing.

### IV.  PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(4))

No party proposes to call witnesses at the claim construction hearing.

### V.  OTHER ISSUES TO BE ADDRESSED PRIOR TO CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(5))

None.

| | |
|---|---|
| Dated: March 24, 2020 | /s/ *Reza Mirzaie* |

Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: mfenster@raklaw.com
Email: rmirzaie@raklaw.com
Email: pkroeger@raklaw.com
Email: nrubin@raklaw.com

T. John Ward, Jr.
TX State Bar No. 00794818
Claire Abernathy Henry
TX State Bar No. 24053063
Andrea L. Fair
TX State Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas  75606
Telephone: 903-757-6400
Email: jw@wsfirm.com
Email: claire@wsfirm.com
Email: andrea@wsfirm.com

**ATTORNEYS
FOR PLAINTIFF,
OYSTER OPTICS, LLC**

*/s/ Joseph V. Colaianni, Jr.*
Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Email: melissa@gillamsmithlaw.com

Ruffin B Cordell
Joseph V Colaianni, Jr.
Christopher William Dryer
Indranil Mukerji
Laura C. Whitworth
Jack Robert Wilson, IV
Linhong Zhang
FISH & RICHARDSON PC
1000 Maine Ave., SW
Suite 1000
Washington, DC 20024
Telephone: 202-783-5070
Email: cordell@fr.com
Email: colaianni@fr.com
Email: dryer@fr.com
Email: mukerji@fr.com
Email: whitworth@fr.com
Email: jwilson@fr.com
Email: lwzhang@fr.com

**ATTORNEYS
FOR DEFENDANTS,
INFINERA CORPORATION,
CORIANT (USA) INC.,
CORIANT NORTH AMERICA, LLC, AND
CORIANT OPERATIONS, INC.**

4

## CERTIFICATE OF SERVICE

    I certify that on March 24, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3)(A).

                                                       */s/ Reza Mirzaie*