**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OYSTER OPTICS, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:19-cv-00257-JRG |
| INFINERA CORPORATION, CORIANT (USA) INC., CORIANT NORTH AMERICA, LLC, and CORIANT OPERATIONS, INC., | § § § § § | |
| *Defendants*. | § § | |

# ORDER

Before the Court is the Parties' Motion to Hold Claim Construction Hearing by Video Due to Novel Coronavirus Pandemic. Dkt. No. 78. The parties seek to hold the claim construction hearing currently scheduled for June 16, 2020, by video conference.

In view of the single-term dispute and the current motion, the Court is willing to waive the hearing and proceed on the briefs, unless the counsel prefer to attend the hearing as currently structured. The parties are directed to file a joint notice by June 11, 2020, indicating their decisions.

**SIGNED this 8th day of June, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE