**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OYSTER OPTICS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00257-JRG |
| | § | |
| INFINERA CORPORATION, CORIANT NORTH AMERICA, LLC, CORIANT OPERATIONS, INC., CORIANT (USA) INC., | § § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendants Infinera Corporation, Coriant (USA) Inc., Coriant North America, LLC, and Coriant Operations, Inc.'s (collectively, "Defendants") Unopposed Motion for Expedited Briefing Schedule on Re-urged Motion to Stay Pending *Inter Partes* Review of U.S. Patent No. 6,665,500 (the "Motion to Expedite"). (Dkt. No. 83.) In the same, the Defendants request an expedited briefing schedule for their Re-Urged Motion to Stay Pending *Inter Partes* Review of U.S. Patent No. 6,665,500 (the "Motion to Stay") (Dkt. No. 82) as follows:

| **Deadline** | **Date** |
|---|---|
| Opposition Brief | July 9, 2020 |
| Reply Brief | July 13, 2020 |
| Sur-Reply Brief (if reply brief is filed) | July 17, 2020 |

The Motion to Expedite is unopposed. Having considered the Motion to Expedite, the Court is of the opinion that the Motion to Expedite should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the above briefing schedule is in effect on the Motion to Stay (Dkt. No. 82).

**So ORDERED and SIGNED this 30th day of June, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE