# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:19-CV-00257-JRG |
| § | |
| INFINERA CORPORATION, CORIANT § | |
| NORTH AMERICA, LLC, CORIANT § | |
| OPERATIONS, INC., CORIANT (USA) § | |
| INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Plaintiff Oyster Optics, LLC's ("Oyster") Unopposed Motion to Extend Time to Oppose Defendants' Renewed Motion for Summary Judgment as to Plaintiff's Fraud and Concealment Claims (the "Motion to Extend"). (Dkt. No. 204). In the same, Oyster requests an extension of the time to file its response in opposition to Defendants Infinera Corporation, Coriant (USA) Inc., Coriant North America LLC, and Coriant Operations, Inc.'s (collectively, "Defendants") Renewed Motion for Summary Judgment as to Plaintiff's Fraud and Concealment Claims (the "Renewed MSJ") (Dkt. No. 202). Having considered the Motion to Extend, and noting that it is unopposed, the Court is of the opinion that the same should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the Renewed MSJ shall be subject to the following briefing schedule:

- Oyster's responsive brief shall be due on **Friday, December 4, 2020**.

- Defendants' reply brief shall be due on **Friday, December 11, 2020**.

- Oyster's sur-reply brief shall be due on **Friday, December 18, 2020**.

**So ORDERED and SIGNED this 20th day of November, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE