IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC § § *Plaintiff,* § § v. § § INFINERA CORPORATION, ET AL § § § *Defendants.* § § | Case No.  2:19-cv-000257-JRG |

MINUTES FOR MOTION HEARING
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
February 11, 2021

**OPEN: 9:01 a.m.**                               **ADJOURN: 10:43 a.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Lee Matalon, Taylor Mauze |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Kecia Clendening |

| TIME | MINUTES |
|---|---|
| 9:01 a.m. | Court opened.  Counsel announced ready for hearing. |
| 9:05 a.m. | The Court heard argument on the Sealed Motion to Exclude Certain Opinions and Expert Testimony of Dr. Paul Prucnal filed by Plaintiff and Sealed Patent Motion for Partial Summary Judgment Regarding their License and Release Defenses Under the Corian Settlement filed by Defendant (Document #104 and #110). Mr. Kroeger argued on behalf of Plaintiff.  Mr. Cordell argued on behalf of Defendant. |
| 10:10 a.m. | The Court heard argument on the Sealed Patent Motion for Partial Summary Judgment Regarding Their Release and Exhaustion Defenses Under the Fujitsu Settlement filed by Defendant (Document #111). Mr. Cordell argued on behalf of Defendants. Mr. Kroeger argued on behalf of Plaintiff. |
| 10:42 a.m. | Court took arguments under submission. |
| 10:43 a.m. | Court adjourned. |