# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC, § § *Plaintiff*, § § v. § § INFINERA CORPORATION, CORIANT § NORTH AMERICA, LLC, CORIANT § OPERATIONS, INC., CORIANT (USA) § INC., § § *Defendants*. § | CIVIL ACTION NO. 2:19-CV-00257-JRG |

## ORDER

Before the Court is Plaintiff Oyster Optics, LLC's ("Plaintiff") Unopposed Motion for Leave to Serve Supplemental Expert Report (the "Motion"). (Dkt. No. 249). Having considered the Motion, and noting that it is unopposed, the Court is of the opinion that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that Defendants have leave to serve a supplemental report from economic expert Stephen Dell.

**So Ordered this**

**Apr 26, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE