# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OYSTER OPTICS, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00257-JRG |
| INFINERA CORPORATION, CORIANT NORTH AMERICA, LLC, CORIANT OPERATIONS, INC., CORIANT (USA) INC., | § § § § § § | |
| *Defendants*. | § | |

## ORDER

It is hereby **ORDERED** that the pretrial conference in the above-captioned matter is **SET** for **Tuesday, June 1, 2021 at 10:00 a.m.** in Marshall, Texas.

It is further **ORDERED** that jury selection in the above-captioned matter is **SET** for **Thursday, June 3, 2021 at 9:00 a.m.** in Marshall, Texas.

**So ORDERED and SIGNED this 28th day of April, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE