IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC,<br>      Plaintiff,<br><br>v.<br><br>INFINERA CORPORATION, CORIANT (USA) INC., CORIANT NORTH AMERICA, LLC, and CORIANT OPERATIONS, INC.,<br><br>      Defendants. | Civil Action No. 2:19-cv-00257<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT**

Pursuant to the Court's June 3, 2014 Standing Order Regarding Proper Notification of Settlement to the Court, Plaintiff Oyster Optics, LLC and Defendants Infinera Corporation, Coriant (USA) Inc., Coriant North America, LLC, and Coriant Operations, Inc. (collectively, "Parties"), hereby notify the Court that they have reached an agreement in principle that will resolve all matters in controversy in the above captioned action. Therefore, the Parties respectfully request that all deadlines between them in the above-captioned litigation be stayed for thirty (30) days, up to and including Monday, June 21, 2020, to give the Parties adequate time to file appropriate dismissal papers upon execution of the long-form settlement agreement. There is good cause to stay all deadlines in view of the Parties' settlement of all claims, counterclaims, and defenses. The Parties request this stay, not for the purposes of any delay, but so that they may finalize the long-form settlement agreement and file dismissal papers without incurring additional expenses. A proposed order is attached.

Respectfully Submitted,

/s/ *T. John Ward, Jr.*
Marc A. Fenster (CA SBN 181067)
E-mail: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
E-mail: rmirzaie@raklaw.com
Adam S. Hoffman (CA SBN 218740)
E-mail: ahoffman@raklaw.com
Paul A. Kroeger (CA SBN 229074)
E-mail: pkroeger@raklaw.com
Neil A. Rubin (CA SBN 250761)
E-mail: nrubin@raklaw.com
Theresa M. Troupson (CA SBN 301215)
E-mail: ttroupson@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

Of Counsel:

T. John Ward, Jr.
TX State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
TX State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
TX State Bar No. 24078488
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

***Attorneys for Plaintiff Oyster Optics, LLC***

By: */s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
Gillam & Smith LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Fax: 903-934-9257
melissa@gillamsmithlaw.com

Ruffin Cordell
Bar No. 04820550
cordell@fr.com
Joseph V. Colaianni
D.C. Bar. No. 454744
colaianni@fr.com
Indranil Mukerji
MA Bar No. 644059
mukerji@fr.com
Christopher Dryer
D.C. Bar No. 1022460
dryer@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave., S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

*Attorneys for Defendants*
*Infinera Corporation, Coriant (USA) Inc.,*
*Coriant North America, LLC, and*
*Coriant Operation, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 20th day of May, 2021.

*/s/ T. John Ward, Jr.*